1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )     Case №: 1:23-MJ-00010-1-EPG
                                         )
12          Plaintiff,                   )          **O R D E R**
                                         )     **APPOINTING COUNSEL**
13       vs.                             )
                                         )
14   LANCE HENDERSON,                    )
                                         )
15          Defendant.                   )
                                         )

16

17       The above named Defendant has, under oath, sworn or affirmed as to his financial

18   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

19   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

20   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

21       IT IS HEREBY ORDERED that Alekxia L. Torres Stallings be appointed to represent the

22   above defendant in this case effective *nunc pro tunc* to January 23, 2023.

23       This appointment shall remain in effect until further order of this court.

24   IT IS SO ORDERED.

25   Dated:   **January 26, 2023**        _____

26                                        UNITED STATES MAGISTRATE JUDGE

27

28

-1-